IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VILLAGE MANOR, INC., CLEVELAND DEVELOPMENT, INC., SOUTHEASTERN LIHTC MANAGEMENT, INC., R. TIMOTHY SINGLETON, SINGLETON & ASSOCIATES, INC., <br><br>Plaintiffs,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, CHUBB INSURANCE COMPANY, MARSH USA, INC.,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>2:08-CV-00149-MHT-SRW |

## SCOTTSDALE INSURANCE COMPANY'S
## CORPORATE DISCLOSURE STATEMENT

COMES NOW a defendant, Scottsdale Insurance Company ("Scottsdale"), pursuant to Federal Rule of Civil Procedure 7.1, and hereby submits its required Corporate Disclosure Statement, and sets forth as follows:

Scottsdale is wholly owned by Nationwide Mutual Insurance Company. Nationwide Mutual Insurance Company does not issue stock or debt. But for

the exceptions listed, Scottsdale does not have any subsidiaries or affiliates that issue stock or debt.

Signed this the 4th day of March, 2008.

/s/ Michael A. Vercher
Edgar M. Elliott, IV (ASB-1083-E61E)
Michael A. Vercher (ASB-4976-H32M)
Attorneys for Defendant
Scottsdale Insurance Company


OF COUNSEL:

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203
Telephone:     (205) 795-6588
Facsimile:     (205) 328-7234
emelliott@csattorneys.com
mavercher@csattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on **March 4, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

/s/ Michael A. Vercher
OF COUNSEL