

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Village Manor, Inc., Cleveland Development, Inc., Southeastern LIHTC Management, Inc., R. Timothy Singleton, and Singleton & Associates, Inc., <br><br>  Plaintiffs, <br><br> vs. <br><br> Arch Specialty Insurance Company, Scottsdale Insurance Company, Chubb Insurance Company, and March USA, Inc., <br><br>  Defendants. | CIVIL ACTION NO.: 2:08-CV-149-T |

## JOINDER IN AND CONSENT TO REMOVAL

Comes now Federal Insurance Company, incorrectly identified previously as "Chubb Insurance Company," by and through its undersigned counsel, and joins in and consents to the removal of the above-styled case from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. Defendant's Joinder in and Consent to Removal is without waiver of any defenses, including, but not limited to, lack of standing, lack of ripeness, lack of personal jurisdiction, and improper venue.

Respectfully submitted this 3rd day of March, 2008.

_____
Walter J. Price, III
Attorney for said Defendant
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223
Phone: (205)251-1193
Fax: (205)251-1256
Email: WJP@hfsllp.com
ASB-0127-c66w

CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2008, I served a copy of the foregoing pleading upon all counsel of record by U. S. Mail, postage pre-paid and properly addressed:

Michael Guy Holten, Esquire
FULLER, TAYLOR & HOLTEN, P.C.
5748 Carmichael Parkway
Suite D
Montgomery, AL 36117

Spence A. Singleton, Esquire
Post Office Box 240894
Montgomery, AL 36124

John D. Bond, Esquire
BRADLEY, ARANT, ROSE & WHITE, LLP
100 North Tryon Street
Suite 2690
Charlotte, NC 28202

Robert E. Poundstone, IV, Esquire
BRADLEY, ARANT, ROSE & WHITE, LLP
Alabama Center for Commerce Building
401 Adams Avenue
Suite 780
Montgomery, AL 36104

Matthew W. Robinette, Esquire
Thomas A. Kendrick, Esquire
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 20th Street North
Birmingham, AL 35203

Edgar M. Elliott, IV, Esquire
Michael A. Vercher, Esquire
CHRISTIAN & SMALL, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203

_____
OF COUNSEL