IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VILLAGE MANOR, INC., CLEVELAND DEVELOPMENT, INC., SOUTHEASTERN LIHTC MANAGEMENT, INC., R. TIMOTHY SINGLETON, SINGLETON & ASSOCIATES, INC., | * * * * * * * | CIVIL ACTION NO.: 2:08CV149-T |
| Plaintiffs, | * | |
| v. | * | |
| ARCH SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, CHUBB INSURANCE COMPANY, MARSH USA, INC., | * * * * * | |
| Defendants. | * | |

## JOINDER IN AND CONSENT TO REMOVAL

COMES NOW Scottsdale Insurance Company ("Scottsdale"), by and through its undersigned counsel, and joins in and consents to the removal of the above-styled case from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. Scottsdale's joinder in and consent to removal is without waiver of any defenses, including, but not limited to, lack of personal jurisdiction, insufficient process, insufficient service of process,

improper venue, failure to state a claim upon which relief can be granted, the subject Third-Party Complaint is improper and due to be dismissed by this court, and failure to join a party under F.R.C.P. 19.

As set forth in Scottsdale's affidavit in support of the Notice of Removal, Scottsdale's state of incorporation is Ohio and its principal place of business is located in Scottsdale, Arizona.

Attached hereto is Scottsdale Insurance Company policy number BCS0009542 naming as the insured Singleton & Associates, Inc. with a policy period of January 1, 2005 to January 1, 2006.

Signed this the 3rd day of March, 2008.

/s/ MeCu

Edgar M. Elliott, IV (ASB-1083-E61E)
Michael A. Vercher (ASB-4976-H32M)
Attorneys for Defendant Scottsdale
Insurance Company

OF COUNSEL:
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203
Telephone:    (205) 795-6588
Facsimile:  (205) 328-7234
emelliott@csattorneys.com
mavercher@csattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the above and foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the day of 3rd day of March, 2008:

Michael Guy Holton
FULLER, TAYLOR & HOLTON, P.C.
5748 Carmichael Parkway
Suite D
Montgomery, AL 36117

Spence A. Singleton
P.O. Box 240894
Montgomery, AL 36124

Walter J. Price, III
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, AL 35223-2484

Robert E. Poundstone, IV
BRADLEY, ARANT, ROSE & WHITE, LLP
Alabama Center for Commerce
401 Adams Avenue
Suite 780
Montgomery, AL 36104

Thomas A. Kendrick
Matthew W. Robinett
NORMAN, WOOD, KENDRICK & TURNER
Financial Center
Suite 1600
505 20th Street North
Birmingham, AL 35203

_____
OF COUNSEL

| Renewal of Number | | Policy Number |
|---|---|---|
| NEW | | BCS0009542 |

**SCOTTSDALE INSURANCE COMPANY®**

Home Office:
One Nationwide Plaza - Columbus, Ohio 43215
Administrative Office:
8877 North Gainey Center Drive, Scottsdale, Arizona 85258
1-800-423-7675 (outside Arizona)
A STOCK COMPANY

**COMMON POLICY DECLARATIONS**

**Item 1. Named Insured and Mailing Address**
SINGLETON & ASSOCIATES, INC.;
SEE SCHEDULE OF NAMED INSUREDS
2302 WYNOAKS DR
PRATTVILLE AL 36067

**Agent Name and Address**
HEATH INSURANCE BROKERS INC
2859 PACES FRY RD STE 1500
ATLANTA GA 30339-6211

Agent No. 10714      Program No.: NONE

| Item 2. Policy Period | From: 01-01-05 | To: 01-01-06 | Term: 1 Year |
|---|---|---|---|

12:01 A.M., Standard Time at your mailing address

**BROKERAGE CASUALTY**

Business Description:   APARTMENT OWNER

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy. This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Premium |
|---|---|
| Commercial General Liability Coverage Part | $ 63,000.00 |
| Commercial Property Coverage Part | $ NOT COVERED |
| Commercial Crime Coverage Part | $ NOT COVERED |
| Commercial Inland Marine Coverage Part | $ NOT COVERED |
| Commercial Auto (Business Auto or Truckers) Coverage Part | $ NOT COVERED |
| Commercial Garage Coverage Part | $ NOT COVERED |
| Professional Liability Coverage Part | $ NOT COVERED |
| | $ |
| | $ |
| | $ |
| Total Policy Premium | $ 63,000.00 |
| | $ |
| | $ |

Form(s) and Endorsement(s) made a part of this policy at time of issue:
See Schedule of Forms and Endorsements

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

OPS-D-1 (12-00)          **COMPANY ISSUED POLICY**

EXHIBIT
Attachment to
Scottsdale's Joinder
in and Consent to
Removal

# SCOTTSDALE INSURANCE COMPANY®

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
## SUPPLEMENTAL DECLARATIONS

Policy No. BCS0009542    Effective Date: 01-01-05
                        12:01 A.M., Standard Time

Named Insured SINGLETON & ASSOCIATES, INC.;    Agent No. 10714

### Item 1. Limits of Insurance

| Coverage | Limit of Liability | |
|---|---|---|
| Aggregate Limits of Liability | $ 2,000,000 | Products/Completed Operations Aggregate |
| | $ 2,000,000 | General Aggregate (other than Products/Completed Operations) |
| Coverage A - Bodily Injury and Property Damage Liability | $ 1,000,000 | any one occurrence subject to the Products/Completed Operations and General Aggregate Limits of Liability |
| Damage To Premises Rented To You | $ 50,000 | any one premises subject to the Coverage A occurrence and the General Aggregate Limits of Liability |
| Coverage B - Personal and Advertising Injury Liability | $ 1,000,000 | any one person or organization subject to the General Aggregate Limits of Liability |
| Coverage C - Medical Payments | $ NOT COVERED | any one person subject to the Coverage A occurrence and the General Aggregate Limits of Liability |

### Item 2. Form of Business and Location of Premises

Form of Business: APARTMENT OWNER

☐ Individual    ☐ Partnership    ☐ Joint Venture    ☐ Trust    ☐ Limited Liability Company

☒ Organization including a corporation (other than Partnership, Joint Venture or Limited Liability Company)

Location of All Premises You Own, Rent or Occupy:

See Schedule of Locations

### Item 3. Forms and Endorsements

Form(s) and Endorsement(s) made a part of this policy at time of issue:

See Schedule of Forms and Endorsements

### Item 4. Premiums

| | |
|---|---|
| Coverage Part Premium: | $ 63,000.00 |
| Other Premium: | $ |
| Total Premium: | $ 63,000.00 |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

CLS-SD-1L (08/01)    Home Office Copy