IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | | |
|---|---|---|
| VILLAGE MANOR, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:08CV149-T |
| | ) | |
| ARCH SPECIALTY INSURANCE | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Arch Specialty Insurance Company, a Nebraska corporation, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Arch Insurance Company (a Missouri corporation) | Arch Specialty Insurance Company is a wholly owned subsidiary of Arch Insurance Company. |

| | |
|---|---|
| Arch Insurance Group, Inc. (a Delaware corporation) | Arch Insurance Company is a wholly owned subsidiary of Arch Insurance Group, Inc. |
| Arch Reinsurance Company (a Nebraska corporation) | Arch Insurance Group, Inc. is a wholly owned subsidiary of Arch Reinsurance Company |
| Arch Capital Group (U.S.) Inc. (a Delaware corporation) | Arch Reinsurance Company is a wholly owned subsidiary of Arch Capital Group (U.S.) Inc. |
| Arch Reinsurance Ltd. (a Bermuda company) | Arch Capital Group (U.S.) Inc. is a wholly owned subsidiary of Arch Reinsurance Ltd. |
| Arch Capital Group Ltd. (a Bermuda company) | Arch Reinsurance Ltd. is a wholly owned subsidiary of Arch Capital Group Ltd. Arch Capital Group Ltd. is a publicly traded company. |

3/3/08
Date

Matthew W. Robinett, ASB-3523-I72M
Attorney for Arch Specialty Insurance Company

**NORMAN, WOOD, KENDRICK & TURNER**
Financial Center – Suite 1600
505 Twentieth Street North
Birmingham, AL 35203
Telephone:   (205) 328-6643
Facsimile:    (205) 251-5479
mrobinett@nwkt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| VILLAGE MANOR, INC., et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. _____ |
| ) | |
| ARCH SPECIALTY INSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendant, ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I served the foregoing via U.S. first class mail, postage prepaid to the following:

Michael Guy Holton, Esq.
Fuller, Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, AL  36117

Spence A. Singleton, Esq.
Post Office Box 240894
Montgomery, AL  36124

MATTHEW W. ROBINETT
ASB-3523-I72M
**NORMAN, WOOD, KENDRICK & TURNER**
Financial Center - Suite 1600
505 Twentieth Street North
Birmingham, AL  35203
Telephone: (205) 328-6643