## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

VILLAGE MANOR, INC.,                    *        2008 MAR -4 P 2: 54
CLEVELAND DEVELOPMENT,                  *
INC., SOUTHEASTERN LIHTC                *        DEBRA P. HACKETT, CLK
MANAGEMENT, INC., R. TIMOTHY            *          U.S. DISTRICT COURT
SINGLETON, SINGLETON &                  *         MIDDLE DISTRICT ALA
ASSOCIATES, INC.,                       *
                                        *        2:08 CV 149 -T
       Plaintiffs,                    *
                                        *
vs.                                     *
                                        *
ARCH SPECIALTY INSURANCE               *
COMPANY, SCOTTSDALE                     *
INSURANCE COMPANY, CHUBB                *
INSURANCE COMPANY, MARSH                *
USA, Inc.,                              *
                                        *
       Defendants.                    *

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is
hereby given by counsel of record for Marsh USA, Inc. ("Marsh") that the
following corporate interests are disclosed:

      Marsh USA, Inc. is a wholly-owned subsidiary of Marsh, Inc.

Marsh, Inc. is a wholly-owned subsidiary of Marsh & McLennan
Companies, Inc.  Marsh & McLennan Companies, Inc. is a publicly
held company.

This the 4th day of March, 2008

Respectfully submitted,

**BRADLEY ARANT ROSE & WHITE LLP**

ROBERT E. POUNDSTONE, IV
ASB-5864-N53R
Alabama Center for Commerce Building
401 Adams Avenue
Suite 780
Montgomery, AL 36104
Phone: 334.956.7700
Fax: 334.956.7701
E-mail: bpoundstone@bradleyarant.com

JOHN D. BOND, III
ASB-3910-B61J
100 N. Tryon St., Suite 2690
Charlotte, NC 28202
(704) 338-6000 – Telephone
(704) 332-8852 – Facsimile
E-mail: jbond@bradleyarant.com

*Attorneys for Marsh USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on this the 4th day of March, 2008, a true and correct copy of the above and foregoing has been served upon the following listed persons via first class mail, postage prepaid and addressed as follows:

Michael Guy Holton, Esq.
Fuller, Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, AL  36117

Spence A. Singleton, Esq.
Post Office Box 240894
Montgomery, AL  36124

Walter J. Price, III, Esq.
Huie, Fernambucq & Stewart, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, AL  35223-2484

Edgar M. Elliot, Esq.
Michael A. Vercher
Christian & Small, LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203

Matthew W. Robinette
Thomas A. Kendrick
Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 Twentieth Street North
Birmingham, AL 35203

Robert E. Poundstone, IV