IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KEYCORP INVESTMENTS,  )<br>Limited Partnership III,  )<br>et al.,  )<br>  )<br>   Plaintiffs,  )<br>  )<br>   v.  )<br>  )<br>VILLAGE MANOR, INC.,  )<br>et al.,  )<br>  )<br>   Defendants.  )  | CIVIL ACTION NO.<br>2:08cv149-MHT |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 19) is granted.

DONE, this the 7th day of March, 2008.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE