IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Village Manor, Inc., <br> Cleveland Development, Inc., <br> Southeastern LIHTC Management, <br> Inc., R. Timothy Singleton, <br> and Singleton & Associates, <br> Inc., <br><br>    Plaintiffs, <br><br> vs. <br><br> Arch Specialty Insurance <br> Company, Scottsdale Insurance <br> Company, Chubb Insurance <br> Company, and March USA, Inc., <br><br>    Defendants. | CIVIL ACTION NO.: <br> 2:08-CV-00149-MHT |

### CORPORATE DISCLOSURE STATEMENT

Comes now Defendant, Federal Insurance Company, and submits this Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1. Specifically, Defendant states as follows:

1. Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a publicly traded company on the New York Stock Exchange.

                                           s/Walter J. Price, III
                                           Walter J. Price, III
                                           Attorney for said Defendant
                                           HUIE, FERNAMBUCQ & STEWART, LLP
                                           Three Protective Center
                                           Suite 200
                                           2801 Highway 280 South
                                           Birmingham, Alabama 35223
                                           Phone: (205)251-1193
                                           Fax: (205)251-1256
                                           Email: WJP@hfsllp.com
                                           ASB-0127-c66w

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using E-File system which will send notification of such filing to the following attorneys and mailing the document via U. S. Mail to the attorneys who are non-participants to the E-File system:

Michael Guy Holten, Esquire
FULLER, TAYLOR & HOLTEN, P.C.
5748 Carmichael Parkway
Suite D
Montgomery, AL 36117

Spence A. Singleton, Esquire
Post Office Box 240894
Montgomery, AL 36124

John D. Bond, Esquire
BRADLEY, ARANT, ROSE & WHITE, LLP
100 North Tryon Street
Suite 2690
Charlotte, NC 28202

Robert E. Poundstone, IV, Esquire
BRADLEY, ARANT, ROSE & WHITE, LLP
Alabama Center for Commerce Building
401 Adams Avenue
Suite 780
Montgomery, AL 36104

Matthew W. Robinette, Esquire
Thomas A. Kendrick, Esquire
NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 20th Street North
Birmingham, AL 35203

Edgar M. Elliott, IV, Esquire
Michael A. Vercher, Esquire
CHRISTIAN & SMALL, LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203

                                              s/Walter J. Price, III
                                              OF COUNSEL