IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VILLAGE MANOR, INC., CLEVELAND DEVELOPMENT, INC., SOUTHEASTERN LIHTC MANAGEMENT, INC., R. TIMOTHY SINGLETON, SINGLETON & ASSOCIATES, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>ARCH SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, CHUBB INSURANCE COMPANY, MARSH USA, Inc., <br><br>Defendants. | Civil Action No. 2:08-cv-149-MHT |

## DEFENDANT MARSH USA, INC.'S MOTION TO DISMISS

COMES NOW Defendant Marsh USA, Inc. ("Marsh") and, pursuant to Rules 9 and 12(b)(6) of the Federal Rules of Civil Procedure, files this its Motion to Dismiss Count II of Plaintiffs' Complaint[1] for failure to state a claim upon which relief can be granted. In support of its motion, Marsh relies on the accompanying brief filed concurrently herewith.[2]

---

[1] The pleading initiating this action against Marsh is entitled "Third Party Complaint," and identifies the above-named "plaintiffs" as "third party plaintiffs" and the above-named defendants as "third party defendants." The pleading, however, was filed in an action with an assigned case number of CV-2005-2795, which action was terminated on November 11, 2007, with the filing of a Stipulation of Dismissal with Prejudice. Accordingly, the pleading is misnamed a third party complaint, it incorrectly identified the parties as "third parties", and it is filed in an action that was previously terminated by law. In an effort to enhance judicial economy and to avoid the waste of judicial time and resources, which would be created by a dismissal of the Complaint on these grounds and would result in an inevitable re-filing and removal, for the purposes of the Joint Notice of Removal and Marsh's Motion to Dismiss, Marsh treats the pleading as a new action.

[2] Marsh filed its Answer and Affirmative Defenses to Plaintiffs' Complaint concurrently and in the alternative.

This the 10th day of March, 2008.

       Respectfully submitted,

       **BRADLEY ARANT ROSE & WHITE LLP**

       <u>/s/  Bobby Poundstone</u>
       ROBERT E. POUNDSTONE, IV (POU006)
       ASB-5864-N53R
       Alabama Center for Commerce Building
       401 Adams Avenue
       Suite 780
       Montgomery, AL 36104
       Phone: 334.956.7700
       Fax: 334.956.7701
       E-mail: bpoundstone@bradleyarant.com

       JOHN D. BOND, III
       ASB-3910-B61J
       100 N. Tryon St., Suite 2690
       Charlotte, NC  28202
       (704) 338-6000 – Telephone
       (704) 332-8852 – Facsimile
       E-mail: jbond@bradleyarant.com

       *Attorneys for Marsh USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Michael Guy Holton, Esq.
>Fuller, Taylor & Holton, P.C.
>5748 Carmichael Parkway, Suite D
>Montgomery, AL 36117
>goholtonattorney@bellsouth.net
>
>Spence A. Singleton, Esq.
>Post Office Box 240894
>Montgomery, AL 36124
>spencesingleton@bellsouth.net
>jslgrl2@charter.net
>
>Walter J. Price, III, Esq.
>Huie, Fernambucq & Stewart, LLP
>Three Protective Center
>Suite 200
>2801 Highway 280 South
>Birmingham, AL 35223-2484
>wjp@hfsllp.com
>tcb@hfsllp.com
>
>Edgar M. Elliot, Esq.
>Michael A. Vercher
>Christian & Small, LLP
>505 North 20th Street, Suite 1800
>Birmingham, AL 35203
>emelliott@csattorneys.com
>mavercher@csattorneys.com
>jle@csattorneys.com
>lfr@csatttorneys.com
>jmb@csatttorneys.com

Matthew W. Robinett
Thomas A. Kendrick
ASB-3523-172M
Norman, Wood, Kendrick, & Turner
Financial Center – Suite 1600
505 Twentieth Street North
Birmingham, AL 35203
mrobinett@nwkt.com
tkendrick@nwkt.com

David W. Henderson
dwhenderson@hillhillcarter.com

Michael J. Cohan
mcohan@hillhillcarter.com
lsadler@hillhillcarter.com

**BRADLEY ARANT ROSE & WHITE LLP**

/s/ Bobby Poundstone
ROBERT E. POUNDSTONE, IV (POU006)
ASB-5864-N53R
Alabama Center for Commerce Building
401 Adams Avenue
Suite 780
Montgomery, AL 36104
Phone: 334.956.7700
Fax: 334.956.7701
E-mail: bpoundstone@bradleyarant.com