IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KEYCORP INVESTMENTS,<br>Limited Partnership III,<br>et al., | )<br>)<br>) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
|    v. | ) | |
| | ) | |
| VILLAGE MANOR, INC.,<br>et al., | )<br>) | |
| | ) | |
|    Defendants and<br>   Third-Party<br>   Plaintiffs, | )<br>)<br>) | CIVIL ACTION NO.<br>2:08cv149-MHT |
| | ) | |
|    v. | ) | |
| | ) | |
| ARCH SPECIALTY<br>INSURANCE, et al., | )<br>) | |
| | ) | |
|    Third-Party<br>   Defendants. | )<br>) | |

### ORDER

It is ORDERED that the motion to dismiss (Doc. No. 26) is set for submission, without oral argument, on April 1, 2008, with all briefs due by said date.

DONE, this the 14th day of March, 2008.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE