IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KEYCORP INVESTMENTS,        )
Limited Partnership III,    )
et al.,                     )
                            )
    Plaintiffs,             )
                            )
    v.                      )
                            )
VILLAGE MANOR, INC.,        )
et al.,                     )
                            )
    Defendants and          )   CIVIL ACTION NO.
    Third-Party             )   2:08cv149-MHT
    Plaintiffs,             )
                            )
    v.                      )
                            )
ARCH SPECIALTY              )
INSURANCE, et al.,          )
                            )
    Third-Party             )
    Defendants.             )
```

ORDER

Because the court is concerned whether it has removal jurisdiction, it is ORDERED that an on-the-record status conference is set for April 1, 2008, at 10:00 a.m.

Counsel for defendants Arch Speciality Insurance Company and Marsh USA, Inc. are to arrange for the conference to be conducted by telephone.

DONE, this the 14th day of March, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**