IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VILLAGE MANOR, INC., CLEVELAND DEVELOPMENT, INC., SOUTHEASTERN LIHTC MANAGEMENT, INC., R. TIMOTHY SINGLETON, AND SINGLETON & ASSOCIATES, INC.,<br><br>    Plaintiffs,<br><br>-vs-<br><br>ARCH SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, CHUBB INSURANCE COMPANY, AND MARCH USA, INC.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Case No. 2:08-CV-149-MHT<br>:<br>:<br>:<br>:<br>:<br>:: |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Cleveland Apartments, L.P. and submits this Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1 and specifically states as follows:

1.    Cleveland Apartments, L.P. is a limited partnership. Wentwood Housing Fund XV, G.P., Inc. is the General Partner of Cleveland Apartments, L.P. and Keycorp Investment Limited Partnership, III is the limited partner of Cleveland Apartments, L.P.

                                          */s/ David W. Henderson*
                                          DAVID W. HENDERSON (ABS-4048-D57H)

OF COUNSEL:
Hill, Hill, Carter, Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the parties listed below by placing a copy of the same in the U. S. Mail, postage prepaid, on this the 20th day of March, 2008.

Spence A. Singleton, Esq.
The Law Offices of Spence A. Singleton, LLC
Post Office Box 240894
Montgomery, AL  36124-0894

John D. Bond, Esq.
Bradley, Arant, Rose & White, LLP
100 North Tyron Street
Suite 2690
Charlotte, NC 28202

Michael Guy Holton, Esq.
Fuller, Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, AL 36117

Robert E. Poundstone, IV, Esq.
Bradley, Arant, Rose & White, LLP
Alabama Center for Commerce Building
401 Adams Avenue
Suite 780
Montgomery, AL 36104

Matthew W. Robinette, Esq.
Thomas A. Kendrick, Esq.
Norman, Wood, Kendrick & Turner
Financial Center- Suite 1600
505 20th Street North
Birmingham, AL 35203

Edgar M. Elliott, IV, Esq.
Michael A. Vercher, Esq.
Christian & Small, LLP
505 North 20th Street
Suite 1800
Bimingham, AL 35203

Walter J. Price, III, Esq.
Huie, Fernambucq & Stewart, LLP
Three Protective Center
Suite 200
2801 Hwy. 280 South
Birmingham, AL 35223

      /s/ David W. Henderson
      Of COUNSEL