IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VILLAGE MANOR, INC., CLEVELAND DEVELOPMENT, INC., SOUTHEASTERN LIHTC MANAGEMENT, INC., R. TIMOTHY SINGLETON, AND SINGLETON & ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> -vs- <br><br> ARCH SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, CHUBB INSURANCE COMPANY, AND MARCH USA, INC., <br><br> Defendants. | Case No. 2:08-CV-149-MHT |

## NOTICE OF PREVIOUS DISMISSAL

COME NOW Keycorp Investment Limited Partnership III, Village Manor Limited and Cleveland Apartments, L.P., by and through their counsel of record and notify's this Court of their dismissal and accordingly they are not parties in this proceeding, have no interest in this proceeding and request this Honorable Court to remove them as parties of record in this proceeding. As further grounds, state as follows:

1. Keycorp Investment Limited Partnership III, Village Manor Limited and Cleveland Apartments, L.P. were Plaintiffs in a state court action against the parties who are now Plaintiffs in this case. The State Court action was filed in the Circuit Court of Montgomery County, Alabama, CV-05-2795 and it was settled and dismissed with prejudice.

2. After it was settled and dismissed in State Court, the Defendants in the State Court case filed a third-party complaint against the parties who removed this case to this Court.

1

3. Keycorp Investment Limited Partnership III, Village Manor Limited and Cleveland Apartments, L.P. do not assert a claim against any party and no claims have been asserted against them by any party. Keycorp Investment Limited Partnership III, Village Manor Limited and Cleveland Apartments, L.P. are improperly before this Court and should be dismissed.

WHEREFORE, Keycorp Investment Limited Partnership III, Village Manor Limited and Cleveland Apartments, L.P. request this Honorable Court to remove them as parties of record from this case and to remove David W. Henderson, Michael J. Cohan and Robert N. McGehee, Jr. from the certificate of service.

Respectfully submitted this the 20th day of March, 2008.

*/s/ David W. Henderson*
DAVID W. HENDERSON (ABS-4048-D57H)

OF COUNSEL:
Hill, Hill, Carter, Franco, Cole & Black, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the parties listed below by placing a copy of the same in the U. S. Mail, postage prepaid, on this the 20th day of March, 2008.

Spence A. Singleton, Esq.
The Law Offices of Spence A. Singleton
Post Office Box 240894
Montgomery, AL 36124-0894

Michael Guy Holton, Esq.
Fuller, Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, AL 36117

John D. Bond, Esq.
Bradley, Arant, Rose & White, LLP
100 North Tyron Street
Suite 2690
Charlotte, NC 28202

Robert E. Poundstone, IV, Esq.
Bradley, Arant, Rose & White, LLP
Alabama Center for Commerce Building
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Matthew W. Robinette, Esq.
Thomas A. Kendrick, Esq.
Norman, Wood, Kendrick & Turner
Financial Center- Suite 1600
505 20th Street North
Birmingham, AL 35203

Edgar M. Elliott, IV, Esq.
Michael A. Vercher, Esq.
Christian & Small, LLP
505 North 20th Street
Suite 1800
Bimingham, AL 35203

Walter J. Price, III, Esq.
Huie, Fernambucq & Stewart, LLP
Three Protective Center
Suite 200
2801 Hwy. 280 South
Birmingham, AL 35223

                        /s/ David W. Henderson
                        Of COUNSEL