IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

KEYCORP INVESTMENTS,           )
Limited Partnership III,       )
et al.,                        )
                               )
     Plaintiffs,               )
                               )
     v.                        )
                               )
VILLAGE MANOR, INC.,           )
et al.,                        )
                               )
     Defendants and            )        CIVIL ACTION NO.
     Third-Party               )        2:08cv149-MHT
     Plaintiffs,               )
                               )
     v.                        )
                               )
ARCH SPECIALTY                 )
INSURANCE, et al.,             )
                               )
     Third-Party               )
     Defendants.               )

ORDER

Upon consideration of the motion to be removed as
parties and from the requirements for service of copies
of filings, contained in the notice of previous dismissal
(Doc. No. 34), filed by plaintiffs Keycorp Investment

Limited Partnership III, Village Manor Limited, and Cleveland Apartments, L.P., it is ORDERED that the other parties show cause, if any there be, in writing by March 28, 2008, as to why said motion should not be granted.

DONE, this the 21st day of March, 2008.


  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE