# The Wentwood Companies



2008 MAR 21  A 10: 00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**Robert N. McGehee Jr.**
General Counsel
Wentwood Capital Advisors, LP

March 18, 2008

Office of the Clerk
U. S. District Court
P.O. Box 711
Montgomery, AL  36101-0711


RE:    *KeyCorp Investment Limited Partnership III, et al. v. Village Manor, Inc., et al.;* Case
No. 2:08-cv-149-MHT;  In the U. S. District Court, Alabama Middle District

Change of Address

Dear Clerk:

Our offices have recently moved.  We would appreciate your making the necessary
changes in your records to reflect this new address.  The phone number and facsimile remain the
same.

From:  4200 W. Vickery Blvd., Suite 101, Fort Worth, TX 76107

To:  **2551 River Park Dr., Suite 220, Fort Worth, TX  76116**


Thank you.

Sincerely,

Robert McGehee / Brian J. Brandstetter

Robert N. McGehee Jr.
and Brian J. Brandstetter *by gim*

RNM/BJB:gim