IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VILLAGE MANOR, INC., et.al.** ) | |
| ) | |
| **PLAINTIFFS,** ) | |
| ) | |
| vs. ) | CASE No.: 2:08-cv-00149-MHT-SRW |
| ) | |
| **ARCH SPECIALTY INSURANCE, et.al.** ) | |
| ) | |
| **DEFENDANTS.** ) | |

### RESPONSE TO MOTION TO BE REMOVED (DOC. 34)

**COME NOW**, all Plaintiffs, by and through the undersigned counsel of record and make this their Response to Doc 34, Motion to be Removed as Parties filed by Village Manor Limited, Cleveland Apartments, L.P., and KeyCorp Investment Limited and state as follows;

1.  Plaintiffs make no objection to the removal and release of Village Manor Limited, Cleveland Apartments, L.P., and KeyCorp Investment Limited as parties to the above styled cause of action.

**RESPECTFULLY SUBMITTED** this the 25th day of March, 2008.

/s/ Michael Guy Holton
ASB-9926-L72H
Michael Guy Holton
Attorney for Plaintiffs
FULLER, TAYLOR & HOLTON, P.C.
57 48 Carmichael Parkway, Ste D.
Montgomery, Alabama 36117
(334) 514-6003 Direct

## **CERTIFICATE OF SERVICE**

      I do hereby certify that /I have served a copy of the foregoing on the below listed counsel of record by filing same via CM/ECF electronic filing on this the 25th day of March, 2008.

Robert E. Poundstone, IV, Esq.
John D. Bond, III, Esq.
Walter J. Price, III. Esq.
Edgar M. Elliot, Esq.
Michael A. Vercher, Esq.
Matthew W. Robinett, Esq.
Thomas A. Kendrick, Esq.
David W. Henderson, Esq.
Michael J. Cohan, Esq.

                                       /s/ Michael Guy Holton
                                       OF COUNSEL