# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| VILLAGE MANOR, INC.; CLEVELAND DEVELOPMENT, INC.; SOUTHEASTERN LIHTC MANAGEMENT, INC.; R. TIMOTHY SINGLETON; SINGLETON & ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY; SCOTTSDALE INSURANCE COMPANY; CHUBB INSURANCE COMPANY; MARSH USA, Inc., <br><br> Defendants. | Case No.: <br> 2:08-CV-00149-MHT |

## RESPONSE TO NOTICE OF PREVIOUS DISMISSAL

COME NOW Arch Specialty Insurance Company, Scottsdale Insurance Company, and Federal Insurance Company[1] and responds to the Court's show cause order of March 21, 2008 regarding Keycorp Investment Limited Partnership III, Village Manor Limited, and Cleveland Apartments, L.P.

---

[1] Pursuant to local rule Electronic Case Filing II.C.3 regarding the filing of documents requiring the signature of more than one party, counsel for Arch Specialty Insurance Company certifies that counsel for Federal Insurance Company has agreed to and joins in this response.

motion to be removed as parties to this litigation. This defendant says as follows:

1. The defendants did not remove any action to which Keycorp Investment Limited Partnership III, Village Manor Limited, and Cleveland Apartments, L.P. were parties.

2. The inclusion of Keycorp Investment Limited Partnership III, Village Manor Limited, and Cleveland Apartments, L.P. into this action appears to be a mistake.

3. The defendants have no objection to Keycorp Investment Limited Partnership III, Village Manor Limited, and Cleveland Apartments, L.P. being removed from this action.

Respectfully submitted,

s/ Matthew W. Robinett
MATTHEW W. ROBINETT
ASB-3523-I72M
THOMAS A. KENDRICK
ASB-5668-E25T
NORMAN, WOOD,TENDRICK
   & TURNER
Financial Center - Suite 1600
505 Twentieth Street North
Birmingham, AL  35203
Telephone: (205) 328-6643
Fax:  (205) 251-5479
E-mail:mrobinett@NWKT.com
E-mail: tkendrick@nwkt.com

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **VILLAGE MANOR, INC.;** | * | |
| **CLEVELAND DEVELOPMENT,** | * | |
| **INC.; SOUTHEASTERN LIHTC** | * | |
| **MANAGEMENT, INC.; R. TIMOTHY** | * | |
| **SINGLETON; SINGLETON &** | * | |
| **ASSOCIATES, INC.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | **Case No.:** |
| | * | **2:08-CV-00149-MHT** |
| v. | * | |
| | * | |
| **ARCH SPECIALTY INSURANCE** | * | |
| **COMPANY; SCOTTSDALE** | * | |
| **INSURANCE COMPANY; CHUBB** | * | |
| **INSURANCE COMPANY; MARSH** | * | |
| **USA, Inc.,** | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael Guy Holton, Spence A. Singleton, Robert E. Poundstone, IV, John D. Bond, III, Walter J. Price, III, Edgar M. Elliot, Michael A. Vercher, David W. Henderson, Michael J. Cohan.

        s/Matthew W. Robinett
        MATTHEW W. ROBINETT
        ASB-3523-I72M
        NORMAN, WOOD, KENDRICK
           & TURNER
        Financial Center - Suite 1600

505 Twentieth Street North
Birmingham, AL  35203
Telephone: (205) 328-6643
Fax:  (205) 251-5479
E-mail:mrobinett@NWKT.com