IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KEYCORP INVESTMENTS,         )
Limited Partnership III,     )
et al.,                      )
                             )
     Plaintiffs,             )
                             )
     v.                      )
                             )
VILLAGE MANOR, INC.,         )
et al.,                      )
                             )
     Defendants and          )    CIVIL ACTION NO.
     Third-Party             )    2:08cv149-MHT
     Plaintiffs,             )
                             )
     v.                      )
                             )
ARCH SPECIALTY               )
INSURANCE, et al.,           )
                             )
     Third-Party             )
     Defendants.             )
```

ORDER

Because of a scheduling conflict, it is ORDERED as follows:

(1) The on-the-record status conference, now set for April 1, 2008, is reset for April 8, 2008. Counsel for defendant Arch Specialty Insurance

Company and Marsh USA, Inc. are to arrange for the re-set conference to be conducted by telephone.

(2) By April 4, 2008, the parties are to file briefs on whether the court has removal jurisdiction.

DONE, this the 28th day of March, 2008.

                       /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**