IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KEYCORP INVESTMENTS,<br>Limited Partnership III,<br>et al., | )<br>)<br>)<br>) | |
|     Plaintiffs, | )<br>) | |
|     v. | )<br>) | |
| VILLAGE MANOR, INC.,<br>et al., | )<br>)<br>) | |
|     Defendants and<br>    Third-Party<br>    Plaintiffs, | )<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:08cv149-MHT |
|     v. | )<br>) | |
| ARCH SPECIALTY<br>INSURANCE, et al., | )<br>)<br>) | |
|     Third-Party<br>    Defendants. | )<br>) | |

ORDER

It is ORDERED as follows:

(1) The motion to extend time (Doc. No. 49) is granted.

(2) The motion to dismiss (Doc. No. 26) is reset for submission, without oral argument, on April 15, 2008, with all briefs due by said date.

DONE, this the 1st day of April, 2008.

                                         /s/ Myron H. Thompson  
                                      **UNITED STATES DISTRICT JUDGE**