# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 2, 2008

# NOTICE OF DEFICIENCY

**To:   Robert Poundstone**
**From:   Clerk's Office**

**Case Style: KeyCorp Investment Limited Partnership III et al v. Village Manor, Inc. et al**

**Case Number:  2:08-cv-00149-MHT**

**Referenced Pleadings: REPORT of Rule 26(f) Planning Meeting - Docs. No. 48**

**The above referenced pleading was filed on today in accordance with amended Federal Rules of Civil Procedure 5(a).**

**The  referenced pleadings did not contain a certificate of service pages stating that you have mailed or enotice the opposing counsel the same document filed in our court .   Please send documents  showing  a certificate of service pages with  original signatures on the pleading and certificate of service pages.**

**The deficiency must be corrected within 10 days from the date of this notice.**

**Please submit to the Clerk's office by conventional  means the above documents.**

**PLEASE DO NOT E-FILE THESE DOCUMENTS.**