IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VILLAGE MANOR, INC., CLEVELAND DEVELOPMENT, INC., SOUTHEASTERN LIHTC MANAGEMENT, INC., R. TIMOTHY SINGLETON, SINGLETON & ASSOCIATES, INC.,, <br><br> Plaintiffs, <br><br> v. <br><br> ARCH SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, CHUBB INSURANCE COMPANY, MARSH USA, INC.,, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) CASE NUMBER: 2:08-cv-149-MHT ) ) ) ) ) ) ) ) ) |

## NOTICE OF CALL-IN INFOMRATION FOR STATUS CONFERENCE

COMES NOW Defendant Marsh USA, Inc. and hereby notifies all parties of the following call-in information for the telephone hearing set on April 8, 2008 at 10:00 a.m. Pursuant to the Court's order, parties are requested to call the number referenced below and then the parties will place a call to the Court.

Phone Number:           877-782-5094

Participant Passcode:    209540

1/1682794.2

Respectfully submitted this 2nd day of April, 2008.

/s/ Robert E. Poundstone IV
Robert E. Poundstone IV (POU006)
ASB-5864-N56R
Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701
E-mail: bpoundstone@bradleyarant.com

John D. Bond, III
ASB-3910-B61J
100 N. Tryon Street, Suit 2690
Charlotte, North Carolina 28202
Telephone: (704) 338-6000
Facsimile: (704) 332-8852
E-mail: jbond@bradleyarant.com

**Attorneys for Defendant Marsh USA, Inc.**

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael Guy Holton, Esq.
Fuller, Taylor & Holton, P.C.
5748 Carmichael Parkway, Suite D
Montgomery, Alabama 36117
goholtonattorney@bellsouth.net

Spence A. Singleton, Esq.
Post Office Box 240894
Montgomery, Alabama 36124
spencesingleton@bellshouth.net

Walter J. Price, III, Esq.
Huie, Fernambueq & Stewart, LLP
Three Protective Center, Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484
wjp@hfsllp.com

Edgar M. Elliot, Esq.
Michael A. Vercher
Christian & Small, LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
emelliott@csattorney.com
mavercher@csattorney.com

Matthew W. Robinett, Esq.
Thomas A. Kendirck, Esq.
Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 Twentieth Street, North
Birmingham, Alabama 35203
mrobinett@nwkt.com
tkendrick@nwkt.com

David W. Henderson, Esq.
dwhenderson@hillhillcarter.com

Michael J. Cohan, Esq.
mcohan@hillhillcarter.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  None

    Respectfully submitted,

    s/ Robert E. Poundstone IV
    Robert E. Poundstone IV
    Bradley Arant Rose & White LLP
    The Alabama Center for Commerce
    401 Adams Avenue, Suite 780
    Montgomery, AL 36104
    Telephone: (334) 956-7700
    Facsimile: (334) 956-7701
    E-mail: bpoundstone@bradleyarant.com

1/1682794.2