IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VILLAGE MANOR, INC., CLEVELAND DEVELOPMENT, INC., SOUTHEASTERN LIHTC MANAGEMENT, INC., R. TIMOTHY SINGLETON, SINGLETON & ASSOCIATES, INC., | * * * * * * * | |
| Plaintiffs, | * * | Civil Action No. 2:08-cv-149-MHT |
| vs. | * * | |
| ARCH SPECIALTY INSURANCE COMPANY, SCOTTSDALE INSURANCE COMPANY, CHUBB INSURANCE COMPANY, MARSH USA, Inc., | * * * * * | |
| Defendants. | * | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Comes now Marsh USA, Inc. ("Marsh"), and pursuant to Local Rule 83.1(b) of this Court, submits this Motion to Admit Counsel *Pro Hac Vice.*

1.

Robert E. Poundstone is licensed to practice law in Alabama and before this Court and he is counsel for Marsh in this case.

2.

Marsh moves this Court for the admission *pro hac vice* of additional counsel on its behalf in this action, specifically Michael C. Griffin of the law firm Bradley Arant Rose & White, LLP, 100 North Tryon Street, Suite 2690, Charlotte, North Carolina 28202, , (tel) 704-338-6000, (fax) 704-332-8852, mgriffin@bradleyarant.com.

3.

Mr. Griffin is licensed to practice law in the State of North Carolina and is admitted to practice before the Federal District Court for the Western District of North Carolina. Attached hereto as Exhibit "A" is a certificate of good standing for Mr. Griffin from the Western District of North Carolina.

4.

Wherefore, Marsh requests that Michael C. Griffin be admitted before this Court *pro hac vice* and be allowed to appear as counsel of record for Marsh.

This 3rd day of April, 2008.

                Respectfully submitted,

                **BRADLEY ARANT ROSE & WHITE LLP**

                /s/ Robert E. Poundstone
                ROBERT E. POUNDSTONE, IV (POU006)
                ASB-5864-N53R
                Alabama Center for Commerce Building
                401 Adams Avenue, Suite 780
                Montgomery, AL 36104
                Phone: 334.956.7700
                Fax: 334.956.7701
                E-mail: bpoundstone@bradleyarant.com

*Attorneys for Marsh USA, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   Michael Guy Holton, Esq.
   Fuller, Taylor & Holton, P.C.
   5748 Carmichael Parkway, Suite D
   Montgomery, AL  36117
   goholtonattorney@bellsouth.net

   Spence A. Singleton, Esq.
   Post Office Box 240894
   Montgomery, AL  36124
   spencesingleton@bellsouth.net
   jslgrl2@charter.net

   Walter J. Price, III, Esq.
   Huie, Fernambucq & Stewart, LLP
   Three Protective Center
   Suite 200
   2801 Highway 280 South
   Birmingham, AL  35223-2484
   wjp@hfsllp.com
   tcb@hfsllp.com

   Edgar M. Elliot, Esq.
   Michael A. Vercher
   Christian & Small, LLP
   505 North 20th Street, Suite 1800
   Birmingham, AL  35203
   emelliott@csattorneys.com
   mavercher@csattorneys.com
   jle@csattorneys.com
   lfr@csatttorneys.com
   jmb@csatttorneys.com

Matthew W. Robinett
Thomas A. Kendrick
ASB-3523-172M
Norman, Wood, Kendrick, & Turner
Financial Center – Suite 1600
505 Twentieth Street North
Birmingham, AL 35203
mrobinett@nwkt.com
tkendrick@nwkt.com

**BRADLEY ARANT ROSE & WHITE LLP**

   /s/  Robert E. Poundstone
ROBERT E. POUNDSTONE, IV (POU006)
ASB-5864-N53R
Alabama Center for Commerce Building
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Phone: 334.956.7700
Fax: 334.956.7701
E-mail: bpoundstone@bradleyarant.com

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** North Carolina

**CERTIFICATE OF
GOOD STANDING**

I, _____Frank G. Johns_____, *Clerk of this Court,*

certify that ___Michael Casin Griffin___, *Bar #* ___31947___,

*was duly admitted to practice in this Court on*

___9/23/2003___, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at ___Charlotte, NC___ on ___4/2/2008___.
LOCATION                                            DATE

**FRANK G. JOHNS**
_____            _____
CLERK                                              *DEPUTY CLERK*