IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KEYCORP INVESTMENTS,<br>Limited Partnership III,<br>et al., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| VILLAGE MANOR, INC.,<br>et al., | )<br>)<br>) | |
| Defendants and<br>Third-Party<br>Plaintiffs, | )<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:08cv149-MHT |
| v. | )<br>) | |
| ARCH SPECIALTY<br>INSURANCE, et al., | )<br>)<br>) | |
| Third-Party<br>Defendants. | )<br>) | |

### ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 54) is granted.

DONE, this the 7th day of April, 2008.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE